No. 98–377.  LEHMAN, COMMISSIONER OF PATENTS AND TRADEMARKS *v.* ZURKO ET AL.  C. A. Fed. Cir.  Certiorari granted.

No. 98–131.  UNITED STATES *v.* SUN-DIAMOND GROWERS OF CALIFORNIA.  C. A. D. C. Cir.  Motion of Public Citizen for leave to file a brief as *amicus curiae* granted.  Certiorari granted limited to the following question: "Is the requirement in 18 U. S. C. § 201(c)(1)(A) that a thing of value be given 'for or because of any official act' satisfied by a showing that the giving of a thing of value was motivated by the recipient's official position?"

No. 98–347.  CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. *v.* GOLDSMITH.  C. A. Armed Forces.  Motion of National Institute of Military Justice for leave to file a brief as *amicus curiae* granted.  Certiorari granted.

No. 97–9442.  TUNE *v.* BELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–21.  MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. *v.* ROUBIK.  Sup. Ct. Ill.  Certiorari denied.

No. 98–28.  CARPENTERS LOCAL 209, AFL–CIO *v.* ANHEUSER-BUSCH, INC.  C. A. 9th Cir.  Certiorari denied.

No. 98–38.  BERGER ET UX. *v.* CABLE NEWS NETWORK, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–68.  STONER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–145.  BANKERS LIFE & CASUALTY CO. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–153.  FLYNN ET AL. *v.* CITY OF BOSTON ET AL.  C. A. 1st Cir.  Certiorari denied.